**Order entered July 30, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01072-CR

**JAMES CRAWFORD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 86th District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 30096-422**

## ORDER

Appellant's pro se motion for extension of time to file his motion for rehearing is

**GRANTED**.  Appellant is ordered to file the motion by August 28, 2013.


               /s/      DAVID EVANS
                       JUSTICE